Form:3180W

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 18−52070−lsg
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Quadell Dante Palmer
   20218 Sunnyside St.
   Saint Clair Shores, MI 48080

Social Security No.:
   xxx−xx−5884

Employer's Tax I.D. No.:

### ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

*IT IS ORDERED THAT: A discharge under 11 U.S.C. § 1328(a) is granted to:*

   *Quadell Dante Palmer*

*The court finds that:*

1. The plan has been confirmed;
2. All allowed claims have been paid in accordance with the plan; and
3. With respect to any secured claim which continues beyond the term of the plan, any pre−petition or post−petition defaults have been cured;

*The court directs that:*

1. Any creditor who held a secured claim that was fully paid must execute and deliver to the debtor a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and
2. Any creditor who holds a secured claim that continues beyond the term of the plan must take no action inconsistent with the above findings.

Dated: 7/6/22

BY THE COURT

   /s/ Lisa S. Gretchko
United States Bankruptcy Judge

Page 1 of 2

*Explanation of Bankruptcy Discharge in a Chapter 13 Case*
This order does not close or dismiss the case.

*Creditors cannot collect discharged debts*
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11.U.S.C. § 524(f).

*Most debts are discharged*
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

*Some debts are not discharged*
Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

***This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.***

In re:  
Quadell Dante Palmer  
    Debtor

Case No. 18-52070-lsg  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0645-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 06, 2022      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Quadell Dante Palmer, 20218 Sunnyside St., Saint Clair Shores, MI 48080-4236 |
| 25513265 | + | Datasearch Inc, Atten: Bankruptcy Dept, 85 Ne Loop 410 Ste 575, San Antonio, TX 78216-5892 |
| 25513267 | | Ladora Trammell, 20035 Revere Street, West Bloomfield, MI 48324-2000 |
| 25612227 | + | Lone Pine Acquisitions, LLC, 800 W Long Lake Rd. #170, Bloomfield Hills, MI 48302-2058 |
| 25529870 | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| 25513269 | + | Macomb County Friend of the Court, 10 North Main St., Mount Clemens, MI 48043-5668 |
| 25513271 | + | Mb Financial Bank, 800 W Madison St, Chicago, IL 60607-2683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25596684 | | EDI: ATLASACQU | Jul 07 2022 01:33:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 26780823 | | EDI: ATLASACQU | Jul 07 2022 01:33:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 25513263 | | Email/Text: bankruptcy@congresscollection.com | Jul 06 2022 21:43:00 | Congress Collection, Attn: Bankruptcy Dept, 28552 Orchard Lake Rd, Suite 200, Farmington Hills, MI 48334 |
| 25542341 | + | Email/Text: bankruptcy_notices@cmsenergy.com | Jul 06 2022 21:44:00 | CONSUMERS ENERGY COMPANY, Attn: Legal Dept, One Energy Plaza, Jackson, MI 49201-2357 |
| 25513261 | + | EDI: CAPITALONE.COM | Jul 07 2022 01:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25513262 | + | Email/Text: BK@cfcumail.org | Jul 06 2022 21:44:00 | Chrstn Fn Cu, Attn:Bankruptcy Dept, 18441 Utica Rd, Roseville, MI 48066-4202 |
| 25513264 | + | EDI: CONVERGENT.COM | Jul 07 2022 01:33:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 25513266 | | Email/Text: bankruptcy@glsllc.com | Jul 06 2022 21:43:00 | Global Lending Services, 1200 Brookfield Blvd. #300, Greenville, SC 29607 |
| 25615298 | | Email/Text: bankruptcy@glsllc.com | Jul 06 2022 21:43:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 25513258 | | EDI: IRS.COM | Jul 07 2022 01:33:00 | Internal Revenue Service Centralized, Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25513268 | + | Email/Text: support@ljross.com | Jul 06 2022 21:44:00 | LJ Ross Associates, 4 Universal Way, Po Box 6099, Jackson, MI 49204-6099 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 25612231 | | EDI: PRA.COM | Jul 07 2022 01:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 25516296 | + | EDI: RECOVERYCORP.COM | Jul 07 2022 01:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 25898904 | | Email/Text: peritus@ebn.phinsolutions.com | Jul 06 2022 21:44:00 | Peritus Portfolio Services LLC / Wollemi Acquisiti, PO Box 141419, Irving, Tx 75014-1419 |
| 25513272 | + | EDI: RECOVERYCORP.COM | Jul 07 2022 01:33:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 25536466 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 06 2022 21:44:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 25513273 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 06 2022 21:44:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 25513257 | + | Email/Text: MarcsBankruptcyUnit@michigan.gov | Jul 06 2022 21:44:00 | State of Michigan, Office of Collections, PO Box 30199, Lansing, MI 48909-7699 |
| 25530973 | | EDI: AIS.COM | Jul 07 2022 01:33:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 25513260 | + | Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | Jul 06 2022 21:43:00 | U.S. Attorney, 211 W. Fort Street, Suite 2001, Detroit, MI 48226-3220 |
| 25622948 | | EDI: WFFC.COM | Jul 07 2022 01:33:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 25513274 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jul 06 2022 21:43:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 25513259 | ^ | MEBN | Jul 06 2022 21:41:43 | United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. N.W., Washington, DC 20530-0009 |
| 25611891 | | EDI: AIS.COM | Jul 07 2022 01:33:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 25513275 | + | EDI: VERIZONCOMB.COM | Jul 07 2022 01:33:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25981165 | ##+ | Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177-1995 |
| 25513270 | ##+ | MB Financial Bank, PO Box 5000, Wilmington, OH 45177-5000 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0645-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 06, 2022 | Form ID: 3180W | Total Noticed: 32 |

Date: Jul 08, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charissa Potts | on behalf of Debtor Quadell Dante Palmer info@freedomlawpc.com cpotts@freedomlawpc.com;asorge@freedomlawpc.com;R51363@notify.bestcase.com |
| Christopher E. Frank | on behalf of Creditor Credit Union One ECFBK@leducfrank.com |
| Heather D. McGivern | on behalf of Debtor Quadell Dante Palmer hmcgivern@freedomlawPC.com |
| Jason M. Milstone | on behalf of Creditor Consumers Energy Company bankruptcyfilings@cmsenergy.com |
| Krispen S. Carroll | notice@det13ksc.com |
| Mary K. Thieme | on behalf of Creditor Fifth Third Bank  N.A. bankruptcy@rsmalaw.com |
| Mary K. Thieme | on behalf of Creditor Fifth Third Bank  National Association bankruptcy@rsmalaw.com |

TOTAL: 7